# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOB E. MOHLER | : | |
| Plaintiff | : | |
| v. | : | 4:17-CV-2260 |
| | : | (JUDGE MARIANI) |
| SYNCHRONY BANK, et al. | : | |
| Defendants | : | |

## ORDER

AND NOW, THIS _18th_ DAY OF JULY, 2018, upon review of Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons stated therein.

2. Defendant Synchrony Bank's Motion to Dismiss Plaintiff's Complaint (Doc. 10) is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to amend his Complaint.

3. As Plaintiff submitted an Amended Complaint on July 18, 2018, the Court deems an Amended Complaint (Doc. 19) to have been filed.

4. The above-captioned action is **REMANDED** to Magistrate Judge Schwab for proceedings consistent with this Order.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge