IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOB E. MOHLER | : |
| Plaintiff | : |
| v. | : 4:17-CV-2260 |
| | : (JUDGE MARIANI) |
| SYNCHRONY BANK, et al. | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 15TH DAY OF MAY, 2019**, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 32) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 32) is **ADOPTED** for the reasons stated therein.[1]

2. Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to comply with the Court's Orders and for failure to prosecute this action.

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] The Court finds that the R&R correctly applies the *Poulis* factors and that the Magistrate Judge's determination pursuant to those factors warrants the dismissal with prejudice of this action. However, the Court does not reach the alternative recommendation proposed by the R&R that the matter be dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).